AUTOPIANO CO. v. OTTO HIGEL CO., Inc.

(Circuit Court of Appeals, Second Circuit. January 15, 1919.)

No. 142.

PATENTS ⬤⇒328—INFRINGEMENT—NOTE SHEET GUIDE.

    A decree holding valid and infringed O'Connor reissue patent, No. 13,-398 (original No. 789,053), for a perforated note sheet guide for player pianos, affirmed.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in equity by the Autopiano Company against the Otto Higel Company, Incorporated. Decree for complainant, and defendant appeals. Affirmed.

Otto Munk, of New York City (William F. Hall, of Syracuse, N. Y., of counsel), for appellant.

L. W. Southgate, of New York City, for appellee.

Before WARD, ROGERS, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

⬤⇒For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes

END OF CASES IN VOL. 256